

JST

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
SEP 24 2025
CHRISTOPHER EKMAN
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 25-cr-193-TFM |
| | * | USAO NO. 23R00487 |
| | * | |
| v. | * | |
| | * | VIOLATION: 18 U.S.C. § 922(g)(1) |
| **MARSHALL DESHUN BRATCHER** | * | |
| | * | **FORFEITURE NOTICE** |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

<u>Count One</u>
<u>Possession of Firearm by a Prohibited Person (Felon)</u>
<u>Title 18, United States Code, Section 922(g)(1)</u>

On or about October 29, 2023, in the Southern District of Alabama, the defendant,

**MARSHALL DESHUN BRATCHER,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Aggravated Assault, on or about July 20, 2006, in the Circuit Court of Shelby County, Tennessee, case number 05-09000;

2. Criminal Attempt; Theft of Property, on or about July 20, 2006, in the Circuit Court of Shelby County, Tennessee, case number 06-03039;

3. Failure to Appear, on or about July 20, 2006, in the Circuit Court of Shelby County, Tennessee, case number 06-05624;

4. Aggravated Burglary, on or about May 11, 2009, in the Circuit Court of Shelby County, Tennessee, case number 08-06766;

5. Aggravated Assault, on or about May 11, 2009, in the Circuit Court of Shelby County, Tennessee, case number 08-06766;

6. Aggravated Assault, on or about May 11, 2009, in the Circuit Court of Shelby County, Tennessee, case number 08-06766; and

7. Conspiracy to Violate the Uniform Controlled Substance Act, on or about April 9, 2015, in the District Court of Clark County, Nevada, case number C-14-302511-1;

did knowingly possess, in and affecting commerce, a firearm, namely, Ruger, Model P89, pistol, serial number 305-23851.

In violation of Title 18, United States Code, Section 922(g)(1).

## SENTENCING ALLEGATION
## Title 18, United States Code, Section 924(e)(1)

Before the defendant,

**MARSHALL DESHUN BRATCHER,**

committed the offense charged in Count One of this Indictment, he had at least three previous convictions for a serious drug or violent offense committed on occasions different from one another.

## FORFEITURE NOTICE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The following property is subject to forfeiture in accordance with Section 924(d) and/or Section 2461(c): All firearms and ammunition involved or used in the violation set forth in this Indictment.

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more of the grounds stated above:

1) One Ruger, Model P89, pistol, serial number 305-23851.

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

JESSICA S. TERRILL
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Chief, Criminal Division                    SEPTEMBER 2025

13

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. MARSHALL DESHUN BRATCHER |
| **DEFENDANT:** | MARSHALL DESHUN BRATCHER (COUNT 1) |
| **USAO NO.** | 23R00487 |
| **AUSA:** | Jessica S. Terrill |

**CODE VIOLATION:**

**COUNT 1:** 18 U.S.C. § 922(g)(1), Possession of Firearm by a Prohibited Person (felon)

**PENALTY:**

**COUNT 1:** 15 yrs/$250,000/3 yrs SRT/$100SA
(statutory minimum mandatory 15 yrs (to life) and 5 yrs SRT, if subject to provisions of 18 U.S.C. § 924(e))

**FORFEITURE NOTICE:** Forfeiture of property